Hougham v. Harvey.

---

## HOUGHAM v. HARVEY.

1. **Highway**: DEDICATION. A dedication of land for a public highway may be established by evidence of its being used and worked as such by the public for a long number of years with the knowledge and consent of the owner of the land.

2. —— OBSTRUCTION OF. Equity will afford relief to a person specially injured by the erection of an obstruction on a highway, by directing its removal and enjoining its continuance.

*Appeal from Polk District Court.*

WEDNESDAY, FEBRUARY 21.

THE petition alleges, that, for more than twenty-one years, a certain road therein described has been used by

the public as a highway, and work has been done upon it
as such; that the public convenience requires it to be
kept open, and that plaintiff is especially interested in the
road as it is the nearest, and, at times, the only passable
route for him from his home to Des Moines and to his tim-
ber. It is averred that the road, from the first, was used
by the public with the knowledge and consent of the
owners of the land over which it passes. The petition
shows that the defendants obstructed and continue to
obstruct the road by erecting gates and fences across it, thus
depriving plaintiff and the public of the free enjoyment of
the highway. The obstructions erected by defendants are
upon land owned by them. The relief asked is that the
road be declared a public highway; that the obstructions
complained of be removed, and the defendants be enjoined
from continuing the same, etc. A demurrer to the petition
on the grounds that it does not state facts authorizing the
relief sought, that plaintiff has a plain, speedy and ade-
quate remedy at law, and that the petition is, "incompre-
hensible and not susceptible of any reasonable construc-
tion," was sustained. Plaintiff appeals.

*Bannister & Phillips, Goode & St. John* for the ap-
pellant.

*Crane & Leland, D. O. Finch, W. H. McHenry* for the
appellees.

BECK, Ch. J. — The demurrer ought not to have been
sustained. The petition, with sufficient certainty and ex-
1. HIGHWAY: plicitness, avers the existence of a highway.
dedication. The long use by the public, for more than
twenty-one years, and work done upon the road during all
of that time, with the knowledge and consent of the
owners of the land, is sufficient evidence of dedication of
the land for the purposes of a road. *Onstott et al. v. Mur-
ray et al.*, 22 Iowa, 457.

The obstruction of the road is sufficiently set out. Equity will afford relief to one specially injured by the erection of an obstruction on a highway, by directing and requiring its removal, and enjoining its continuance. Such obstructions are public nuisances, and will be abated and enjoined by courts of equity at the suit of a party aggrieved thereby. *Ewell* v. *Greenwood*, 26 Iowa, 377; *Wilson* v. *Sexon*, 27 id. 15.

2. —— obstruction of.

The demurrer admitted the facts alleged in the petition. Upon those facts plaintiff is entitled to the relief prayed for, viz.: An injunction requiring the removal of the nuisance and forbidding its continuance. The petition should not have been dismissed and the relief should have been granted.

Reversed.